EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 21 2004

at 3 o'clock and 30 min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00594 SOM |
| Plaintiff, ) | |
| ) | SUPERSEDING INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. §§ 846; 841(a)(1); |
| LESLIE JOHN FERNANDEZ, JR.(01)) | 841(b)(1)(A)] |
| JONATHAN CALPITO       (02) ) | |
| FREEMAN DEKNEEF,       (03) ) | |
|     aka: "Sketch"            ) | |
| SUERTE TORIBIO         (04) ) | |
|     Defendants.              ) | |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by November, 2003 and continuing to December 11, 2003, in the District of Hawaii and elsewhere, LESLIE JOHN FERNANDEZ, JONATHAN CALPITO, FREEMAN DEKNEEF, aka: "Sketch" and SUERTE

TORIBIO, the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

In or about late November, 2003, in the District of Hawaii, FREEMAN DEKNEEF, aka: "Sketch", the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3

The Grand Jury further charges:

On or about December 10, 2003, in the District of Hawaii, LESLIE JOHN FERNANDEZ, JR, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4

The Grand Jury further charges:

On or about December 10, 2003, in the District of Hawaii, JONATHAN CALPITO, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (B)(1)(A).

## COUNT 5

The Grand Jury further charges:

On or about December 10, 2003, in the District of Hawaii, SUERTE TORIBIO, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

DATED: January 21, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney

4