GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

Attorney for JONATHAN CALPITO (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00594 SOM |
| Plaintiff, | SECOND STIPULATION TO AMEND TERMS OF PRETRIAL RELEASE |
| vs. | |
| JONATHAN CALPITO, (02), | |
| Defendant. | TRIAL:  May 25, 2004 |
| | JUDGE:  HON. SUSAN OKI MOLLWAY |

SECOND STIPULATION TO AMEND TERMS OF PRETRIAL RELEASE

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, and Federal Pretrial Services, and approved by this Court, that the terms for the pretrial release of Defendant JONATHAN CALPITO are amended so as to permit Defendant's trip to Las Vegas, Nevada from May 29, 2004 to June 1, 2004.

DATED:    Honolulu, Hawaii, April 27_____, 2004.

GLENN CHOY
Attorney for Defendant
JONATHAN CALPITO

KENNETH SORENSON
Assistant U.S. Attorney

NO OBJECTION

MICHAEL S. McCOLLUM
U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

KEVIN S.C. CHANG
United States Magistrate Judge

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2004

at 2 o'clock and 09 min. P M
WALTER A. Y. H. CHINN, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00454-01 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EDUARDO DIAZ, aka "Ghetto," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____APR 2 8 2004_____.

_____
UNITED STATES DISTRICT JUDGE