# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00594SOM

CASE NAME:     USA vs.  (01) Leslie John Fernandez

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway         REPORTER:

DATE:     1/25/2006                 TIME:

COURT ACTION:  EO:

The motion to continue sentencing is granted.

Sentencing set for 2/13/06 @ 2:15 p.m. SOM is continued to 6/5/06 @ 1:30 p.m. SOM.

The court is not inclined to grant continuances after that; the parties will retain their post-sentencing remedies.

cc: all counsel of record.


Submitted by: Toni Fujinaga, Courtroom Manager.