AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:     1:03CR00594-001                                         Judgment - Page 2 of 6
DEFENDANT:       LESLIE JOHN FERNANDEZ, JR.

cc'd *[illegible]*

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __NINETY SEVEN (97) MONTHS__ .

[✓]    The court makes the following recommendations to the Bureau of Prisons:
       1) Sheridan; 2) Lompoc; 3) Florence, Co.; 4) 500 Hour Comprehensive Drug Treatment Program; 5) Vocational and Educational Programs.

       FILED IN THE
       UNITED STATES DISTRICT COURT
       DISTRICT OF HAWAII

[✓]    The defendant is remanded to the custody of the United States Marshal.

       OCT 20 2006
       at 4 o'clock and 30 min. PM
       SUE BEITIA, CLERK

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __10-4-06__ to __FCI, Sheridan__
at __Sheridan, Oregon__, with a certified copy of this judgment.

                                                      Charles A. Daniels, Warden
                                                      ~~UNITED STATES MARSHAL~~

                                                  By  Debree K Potter, LTE
                                                      ~~Deputy U.S. Marshal~~