Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI 96850-0338



RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 24 2007

DISTRICT OF HAWAII

July 25, 2007

RE: <u>Fernandez v. United States</u>, Case No. CV07-_____-SOM;
    Criminal Case No. CR03-0594-001-SOM.

SUBJECT: Please file the enclosed § 2255 motion.

Clerk of the Court:

    Enclosed please find a post-conviction motion submitted pursuant pursuant to Title 28 USC § 2255 in Criminal Case No. CR03-0594-001-SOM. Please assign this motion a civil case number and file the enclosed materials with the court.

    If you have any questions concerning this request please feel free to contact me at the below address.

    Thank you for your anticipated assistance in this matter.

Yours Truly,

x *[signature]*

Leslie J. Fernandez
U.S. Marshall No. 95080-022
FCI-Sheridan
P.O. Box 5000
Sheridan, OR 97378-5000