Leslie J. Fernandez #95000-022
Federal Correctional Institution - Sheridan
P.O. Box 5000
Sheridan, OR 97378-5000

LEGAL MAIL



Label 107R, February 2006

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®
www.usps.com

RECEIVED
CLERK'S DISTRICT COURT

JUL 24 2007

4:00
DISTRICT OF HAWAII

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd. C-338
Honolulu, HI 96850-0338



LEGAL



DSH
7-17-07
UNIT 4A