ORIGINAL

Leslie John Fernandez, 95080-022 (Pro Se)
Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon 97378-5000

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2007

at \_\_ o'clock and \_\_ min \_\_ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LESLIE JOHN FERNANDEZ, | ) |
| PETITIONER, | ) **NOTICE OF APPEAL** |
| | ) (Motion for Certificate of |
| v | ) Appealibility) |
| | ) |
| UNITED STATES OF AMERICA, | ) Case No. CV07-395-SOM/LEK |
| | ) CR03-594-SOM |
| RESPONDANT. | ) |

NOTICE IS HEREBY GIVEN that Leslie John Fernandez, petitioner in the above captioned action(s), hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order denying Petitioner's 28 U.S.C. § 2255 Motion entered into matter on August 1st, 2007.

Respectfully submitted,

August 21, 2007
date signed & filed

Leslie John Fernandez 95080-022
F.C.I. P.O. Box 5000
Sheridan, Oregon 97378

NOTICE OF APPEAL                -1.