

SALEM OR 973

22 AUG 2007 PM 1 T

Leslie John Fernandez 95080-022
Federal Correctional Institution-P.O. Box 5000
Sheridan, Oregon 97378

LEGAL MAIL

Clerk of the Court
United States Courthouse
300 Ala Moana Blvd. C-338
Honolulu, Hawaii 96850-0338