**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 5, 2007

Leslie John Fernandez, Jr.
Reg. No. 95080-022
FCI - Sheridan
P. O. Box 5000
Sheridan, OR 97378-5000

    RE: Notice of Appeal
        CR 03-00594 SOM-01/ USA vs. Fernandez
        CV 07-00395 SOM-LEK (28:2255 petition)

Dear Mr. Fernandez,

Please be advised that the filing fee for a notice of appeal is $455.00. Please remit this amount either by check or money order, payable to "Clerk, US District Court". If you are unable to submit this amount, please file an application to proceed in forma pauperis with the Ninth Circuit Court of Appeals.

                Sincerely,

                Sue Beitia, Clerk

        By: *[signature]*
                Deputy Clerk

cc: Leslie John Fernandez, Jr.
    Ninth Circuit Court of Appeals
    Financial Section, District of Hawaii