# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 5, 2007

To All Counsel of Record as Appellees:

      IN RE:   USA vs. Leslie John Fernandez, Jr.

          CR 03-00594 SOM-01
          CV 07-00395 SOM-LEK (28:2255 petition)

Dear Counsel:

      Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on August 27, 2007 .

      All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

               Sincerely Yours,

               SUE BEITIA, CLERK

               by: _____
               Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
     Leslie John Fernandez, Jr. (pro se appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    USA vs. Leslie John Fernandez, Jr.

     **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

     **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

     **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00594 SOM-01

II    **DATE NOTICE OF APPEAL FILED:**    August 27, 2007

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

     **DOCKET FEE PAID ON:**        **AMOUNT:**

     **NOT PAID YET:** ✓        **BILLED:**    September 5, 2007

     **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED**:

     **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

     **IF YES, SHOW DATE**:        **& ATTACH COPY OF ORDER/CJA**

     **WAS F.P. STATUS REVOKED**:        **DATE:**

     **WAS F.P. STATUS LIMITED IN SOME FASHION?**

     **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**    CV 07-00395 SOM-LEK (28:2255 petition)

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

     Erin Taniguchi

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
     of the U.S. Court of Appeals Docket Fee.)