

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    USA vs. Leslie John Fernandez, Jr.

      **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

      **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

      **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00594 SOM-01


II    **DATE NOTICE OF APPEAL FILED:**    August 27, 2007


III    **U.S. COURT OF APPEALS PAYMENT STATUS:**    07-16621

      **DOCKET FEE PAID ON:**             **AMOUNT:**

      **NOT PAID YET:**  ✓        **BILLED:**    September 5, 2007

      **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED**:

      **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

      **IF YES, SHOW DATE**:        **& ATTACH COPY OF ORDER/CJA**

      **WAS F.P. STATUS REVOKED**:      **DATE:**

      **WAS F.P. STATUS LIMITED IN SOME FASHION?**

      **IF YES, EXPLAIN:**


IV    **COMPANION CASES, IF ANY:**    CV 07-00395 SOM-LEK (28:2255 petition)


V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

      Erin Taniguchi

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 13 2007
DISTRICT OF HAWAII

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
    of the U.S. Court of Appeals Docket Fee.)